UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL ALAN HILEMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19-cv-01848-SNLJ |
| JOSEPH ALVAREZ, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on a letter sent by plaintiff Paul Alan Hileman that has been construed as a motion to voluntarily dismiss his complaint. (Docket No. 5). The motion is difficult to read, but plaintiff clearly states that he is "dropping [his] emergency claim."[1] Therefore, the Court will order this case to be dismissed without prejudice. This dismissal will not count as a "strike" under 28 U.S.C. § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to voluntarily dismiss his complaint (Docket No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

---

[1] Plaintiff referred to his original filing with the Court as an "emergency lawsuit."

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

Dated this 12th day of August, 2019.

/s/ Stephen N. Limbaugh, Jr.
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE